IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN K. PHILLIPS, | ) | Civil Action No. 1:18-608-RSK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Ray S. Kent |
| | ) | United States Magistrate Judge |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: November 5, 2018

/s/ Ray Kent
Hon. Ray S. Kent
United States Magistrate Judge